**Donald W. RIPLEY,
Plaintiff/Respondent,**

v.

**VALLEY R–6 SCHOOL DISTRICT and
Cal Tiefenauer, Defendant/Appellants.**

**No. 66671.**

Missouri Court of Appeals,
Eastern District,
Division Four.

July 25, 1995.

David Knieriem, St. Louis, for appellants.

Albert J. Tindall, Potosi, for respondent.

Before GRIMM, C.J., and SIMON and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Valley R–6 School District and Cal Tiefenauer appeal from a judgment rendered by the Circuit Court of Washington County finding that Tiefenauer failed to exercise the

highest degree of care and awarding Donald Ripley $15,000 in property damages.

We affirm the judgment pursuant to Rule 84.16(b), and deny Respondent's request for attorney fees for frivolous appeal. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.